445 A.2d 96

**COMMONWEALTH of Pennsylvania,**

v.

**George Rahsaan BROOKS, Appellant.**

Supreme Court of Pennsylvania.

Submitted Sept. 17, 1981.

Decided Nov. 5, 1981.

Reargument Denied Jan. 26, 1982.

Michael J. Healey, Pittsburgh, (Court-appointed), for appellant.

Robert E. Colville, Dist. Atty., Robert L. Eberhardt, Deputy Dist. Atty., Dara A. DeCourcy, Asst. Dist. Atty., Kemal Alexander Mericli, Pittsburgh, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, KAUFFMAN, FLAHERTY and WILKINSON, JJ.

OPINION

PER CURIAM.

Judgment of Sentence affirmed.